1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
                                   AT TACOMA

7

STACIE TUPPER, on Behalf of B.T.,

8                                              CASE NO. 2:16-CV-00379-DWC
              Plaintiff,

9                                              ORDER DIRECTING PLAINTIFF
      v.                                       FILE REDACTED OPENING BRIEF

10

CAROLYN W COLVIN, Acting

11  Commissioner of Social Security,

12            Defendant.

13

14        On July 27, 2016, Plaintiff Stacie Tupper, on behalf of B.T., filed an unsigned Opening

15  Brief and attachments containing B.T.'s personal information.[1] Under Local Rule 5.2(a),

16        Parties shall refrain from including, or shall partially redact where inclusion is
          necessary, the following personal data identifiers from all documents filed with

17        the court or used as exhibits in any hearing or at trial, unless otherwise ordered by
          the court:

18
              (1)  Dates of Birth - redact to the year of birth

19            (2)  Names of Minor Children - redact to the initials
              (3)  Social  Security  Numbers  and  Taxpayer-Identification

20                 Numbers- redact in their  entirety
              (4)  Financial Accounting Information - redact to the last four digits

21            (5)  Passport  Numbers  and  Driver  License  Numbers - redact  in
                   their entirety.

22

23        [1] To protect B.T.'s personal information, the Clerk is directed to file the Opening Brief and attachments
    under seal. However, Defendant is unable to view the documents; therefore, Plaintiff must file a redacted version of

24  the Opening Brief and attachments or serve a copy of the documents on Defendant.

ORDER DIRECTING PLAINTIFF FILE
REDACTED OPENING BRIEF - 1

1    Plaintiff did not redact the full name of B.T. or other identifying information, such as

2    B.T.'s birth date.  Plaintiff is directed to: (1) file a signed copy of the Opening Brief and

3    attachments with all personal information redacted[2] or (2) serve signed copies of the Opening

4    Brief and attachments on Defendant by August 17, 2016. Upon receipt of a redacted copy of the

5    Opening Brief and attachments or a certificate of service stating the Opening Brief and

6    attachments have been served on Defendant, the Court will enter an order amending the briefing

7    schedule.

8        Dated this 27th day of July, 2016.

9

10                          David W. Christel
                            United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23
_____

24    [2] To redact, Plaintiff must remove or mark-out all B.T.'s personal information (full name, birth date, and social security number).

ORDER DIRECTING PLAINTIFF FILE
REDACTED OPENING BRIEF - 2